**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian, ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599 - Facsimile**
kam@kam13trustee.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JENNIFER BRYANT | ) | CASE NO. 18-40154-JMM |
| | ) | |
| | ) | TRUSTEE'S OBJECTION TO |
| Debtors. | ) | DEBTOR'S CLAIM OF EXEMPTION |

### Notice of Trustee's Objection to Debtor(s) Claim of Exemption and Opportunity to Object and for a Hearing

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within fourteen [14] days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

**NOW COMES** Kathleen A. McCallister, the Chapter 13 Trustee for the District of Idaho, and objects to the following exemption(s) claimed by the Debtor in this proceeding:

| Asset | Specific Law Claimed | Value of Exemption |
|---|---|---|
| Personal injury claim against third party for injuries in connection wins accident that occurred on 12/23/2016 | Idaho Code §11-604(1)(c) | Unknown |
| TOTAL VALUE OF EXEMPTIONS CLAIMED | | Unknown |

## OBJECTION

The Trustee objects to the claim of exemption on the personal injury claim pursuant to Idaho Code § 11-604(1)(c) which allows a debtor to exempt, to the extent reasonably necessary for his support, "proceeds of …a judgment…accruing as a result of bodily injury of the individual…"

The reasons for the Trustee's objection are (1) the amount of the claim and the amount exempted are listed as "unknown" because the claim has not ripened into a judgment or settlement; (2) the trustee lacks sufficient information to determine if the claim is a result of bodily injury to the debtor or her dependents, or what damages Debtor seeks to recover; and (3) the Debtor has not yet demonstrated that the entire amount (or any portion) of the claim would be "reasonably necessary" for Debtor's support.

WHEREFORE for the above-stated reasons the Trustee respectfully requests that the entirety of the Debtor's claim of exemption pursuant to Idaho Code §11-604(1)(c) be disallowed.

DATED: March 5, 2018

/s/ Kathleen A. McCallister
**Kathleen A. McCallister, Trustee**

## CERTIFICATE OF SERVICE

      I, HEREBY CERTIFY that on May 4, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Office of the U.S. Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Alexandra Caval**
Attorney at Law
alex@cavallawoffice.com

      AND I FURTHER CERTIFY that on May 4, 2018 I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

      Via first class mail, postage prepaid addressed as follows:

Jennifer Bryant
776 Meadows Drive
Twin Falls, ID 83301

                                      /s/ Joseph Ammirati
                                      Case Analyst