**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian, ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599  - Facsimile**
**kam@kam13trustee.com**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

IN RE:

JENNIFER R. BRYANT

CHAPTER 13

CASE NO.  18-40154-JMM

### TRUSTEE'S AMENDED FINDINGS AND RECOMMENDATIONS

NOW COMES Kathleen A. McCallister, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho and as for her Recommendation for Confirmation states that she has reviewed the Debtor's plan, petition, and any amendments and does not believe that the AMENDED PLAN FILED May 2, 2018, Plan complies with the provisions of 11 USC Section 1325 (a) and (b) including best effort, best interest and good faith and/or with Section 1326.

**MATTERS AT ISSUE:**

1. On information and belief the Debtor is self-employed.  She is paid to prepare and filed tax returns.  In January and February 2018 Debtor filed 37 tax returns.  She had deposits into her bank account and PayPal accounts from sources other than social security totaling $12,199 or just over $6000 per month.  Debtor did not disclose this income on her 22c nor did she disclose it at the 341 meeting of creditors or on her schedules.  Schedule I will need to be amended to list her average income from the preparation and filing of tax returns for individuals.  Trustee will not request the 22c be amended as it appears debtor would still be below median income for her household of three.

2. Trustee needs bank accounts records and PayPal records for March, April and May 2018 to attempt to determine how much debtor earned in the tax season so her income can be calculated.

3. Trustee is unable to administer paragraph 3.1 of the Debtor's plan. Trustee cannot pay mortgage arrears of $8,397 at the rate of $205 per month over 36 months. Plan payments

will need to increase by $36 per month or the term of the Debtor's plan will need to be extended to 41 month or the plan amended.

4. Trustee is unable to pay Wilson Bates their secured claim with 5.5% interest over 36 months at the rate of $84.40 per month. At this rate, it would take just over 40 months to pay the secured claim at the interest rate specified. Plan payments will need to increase or the Debtor's plan will need to be extended to provide for this secured claim or the plan amended.

5. Trustee objects to the provisions in paragraph 2.3 of the Debtor's plan which indicate that the Debtor does not have a filing requirement and therefore does not project receiving tax refunds during the term of the plan. In the event that the Debtor receives tax refunds during the term of the plan, said funds should be turned over to the Trustee for payment to creditors. Currently, unsecured creditors are sharing $263, or less than one percent of their claims. Additionally based on her income from her self-employment debtor does have a filing requirement and must file her tax returns.

6. Debtor is paying Mountain America directly. Plan payments should increase by $304 per month in February 2021 after the vehicle is paid off. This could resolve the funding issue.

7. Trustee's objection to Debtor's claim of exemption in an unknown amount in her personal injury claim will need to be resolved. Trustee asserts that the funds are not needed for the support of the Debtor and the debtor's dependents due to the amount of money she is able to earn in her tax return business.

8. Debtor indicates she is not receiving child support for her daughter, CR. Debtor will need to amend schedule I if she begins receiving support.

9. Trustee will need complete copies of the child support orders for CR.

10. Trustee has received Debtor's 2016 tax return but has not received tax returns for 2015 or 2014 or proof of filing the same.

DATED:  September 15, 2018

/s/  Kathleen McCallister__
**Kathleen McCallister, Trustee**

## CERTIFICATE OF SERVICE

       **I HEREBY CERTIFY** that on September 15, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

ALEXANDRA O CAVAL
Attorney at Law
alex@cavallawoffice.com

       **AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

       Via first class mail, postage prepaid addressed as follows:

JENNIFER R. BRYANT
776 MEADOWS DRIVE
TWIN FALLS, ID 83301

                                /s/  Kathleen McCallister__
                                **Kathleen McCallister, Trustee**