**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian, ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599 - Facsimile**
holly@kam13trustee.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>Jennifer R. Bryant | CHAPTER 13<br><br>CASE NO. 18-40154-JMM |

### TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY

NOW COMES, Kathleen A. McCallister, the standing Chapter 13 Trustee for United States Bankruptcy Court for the District of Idaho, and as for her Motion to Dismiss states as follows:

1. The Debtor filed for Chapter 13 relief on March 1, 2018.

2. Debtor has filed four plans in this case the most recent being on October 26, 2018. The third amended plan has not been severed on any creditors.

3. As of today's date Debtor has failed to resolve confirmation issues and Trustee is not ready to recommend confirmation of her plan.

4. Said delay is unreasonable and is prejudicial to the creditors.

WHEREFORE, the trustee respectfully requests that this case be dismissed or for such other relief as this court deems reasonable and fair.

DATED:  November 12, 2018

        /s/  Kathleen McCallister
**Kathleen McCallister, Trustee**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 12, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

ALEXANDRA O CAVAL
Attorney at Law
alex@cavallawoffice.com

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

JENNIFER R. BRYANT
776 MEADOWS DRIVE
TWIN FALLS, ID 83301

/s/  Kathleen McCallister
**Kathleen McCallister, Trustee**