**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian, ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599 - Facsimile**
holly@kam13trustee.com

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF IDAHO

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **Jennifer R. Bryant** | **CASE NO. 18-40154-JMM** |

### TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7

NOW COMES, Kathleen A. McCallister, the standing Chapter 13 Trustee for United States Bankruptcy Court for the District of Idaho, and as for her Motion to Convert case to a chapter 7 states as follows:

1. The Debtor filed for Chapter 13 relief on March 1, 2018. As of today's date Debtor has not yet proposed a confirmable plan.

2. Section 1307( c) of the bankruptcy code allows the Court to convert a case if it is in the best interest of the creditors.

3. At the time of filing this case Debtor was in possession of a personal injury claim as a result of an auto accident which occurred in December 2016. Said claim is property of the estate.

4. Debtor failed to disclose in her schedules, her 22c or at the 341 meeting of creditors that she was earning income from filing tax returns for individuals. Debtor earned $27,713 from January 1, 2018 through May 31, 2018 preparing tax returns or an average of $5542 per month in addition to her social security and child support. She earned at least $12,147.90 after filing this case. Debtor is not proceeding in good faith

      5. Although Debtor contends that her personal injury claim is 100% exempt as the funds are needed for her support and the support of her children, trustee does not believe she can prove this due to the fact that she has been able to earn significant funds despite her contention that she is not able to work as a result of her injuries. Trustee timely filed an objection to the claim of exemption.

      6. It is in the best interest of the creditors that Debtor's case be converted to a chapter 7 proceeding so that the claim can be liquidated and unsecured creditors can be paid what is owed to them.

      WHEREFORE, the trustee respectfully requests that this case be converted to a chapter 7 proceeding or for such other relief as this court deems reasonable and fair.

      DATED: November 12, 2018

                                                               **/s/ Kathleen McCallister**
                                                              **Kathleen McCallister, Trustee**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 12, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

ALEXANDRA O CAVAL
Attorney at Law
alex@cavallawoffice.com


**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

JENNIFER R. BRYANT
776 MEADOWS DRIVE
TWIN FALLS, ID 83301


           **/s/** Kathleen McCallister
           **Kathleen McCallister, Trustee**