**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian, ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599  - Facsimile**
kam@kam13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| IN RE: | CHAPTER 13 |
|---|---|
| **Jennifer R. Bryant** | **CASE NO. 18-40154-JMM** |

**TRUSTEE'S OBJECTION TO DEBTOR'S VOLUNTARY MOTION TO DISMISS**

NOW COMES Kathleen A. McCallister, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho and objects to Debtor's Voluntary Motion to Dismiss.  Debtor has a pre-petition personal injury claim that remains property of the bankruptcy estate.  It is in the best interest of the creditors that the case be converted to a chapter 7 proceeding.  Additionally Debtor is not proceeding in good faith. Trustee will file a motion to convert this case to a chapter 7 proceeding.

DATED:  June 27, 2019

       **/s/**  Kathleen McCallister
**Kathleen McCallister, Trustee**

## **CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on June 27, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

**Alexandra O Caval**
Attorney at Law
alex@cavallawoffice.com

     **AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

     Via first class mail, postage prepaid addressed as follows:


**Jennifer R. Bryant**
**776 Meadows Drive**
**Twin Falls, ID 83301**


                                                /s/  Kathleen McCallister
                                                **Kathleen McCallister**