**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599 - Facsimile**
**kam@kam13trustee.com**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Jennifer R. Bryant | CASE NO.  18-40154-JMM |

### NOTICE OF HEARING ON TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7

Kathleen A. McCallister, the standing Chapter 13 Trustee for the District of Idaho, has filed papers with the Court requesting that your case be converted to a chapter 7 proceeding.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you want the court to consider your views on the motion, then you or your attorney must attend the hearing scheduled to be held on **August 12, 2019 at 10:30 a.m., at the James A. McClure Federal Building and US Court House at 550 West Fort Street, 5th Floor, Courtroom #4, Boise, ID  83724.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

DATED:  July 2, 2019

                                                **/s/  Kathleen McCallister**
                                                **Kathleen McCallister, Trustee**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 2, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

ALEXANDRA O CAVAL
Attorney at Law
alex@cavallawoffice.com

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

JENNIFER R. BRYANT
776 MEADOWS DRIVE
TWIN FALLS, ID 83301

                                                           **/s/** Kathleen McCallister
                                                           **Kathleen McCallister, Trustee**